# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09cv433

| | |
|---|---|
| DONALD R. SMITH,            )<br>                             )<br>    Plaintiff,          )<br>                             )<br>Vs.                          )<br>                             )<br>DAVOL, INC.; and C. R. BARD, INC.,  )<br>                             )<br>    Defendants.         )<br>_____  ) | ORDER |

**THIS MATTER** is before the court on defendants' Motion for Stay. Having considered defendants' motion and reviewed the pleadings, and it appearing that this is a tag-along action to <u>In re: Kugel Mesh Hernia Patch products Liability Litigation</u>, No. 1:07-MDL-1842-ML (D.R.I.), the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Stay (#4) is **GRANTED,** and this action and all deadlines, including the responsive pleading deadline, are **STAYED** pending transfer to <u>In re: Kugel Mesh Hernia Patch products Liability Litigation</u>, No. 1:07-MDL-1842-ML (D.R.I.).

Signed: February 16, 2010

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge